1:06cr84

1. What is an MPLS?

2. Why is it reasonable to expect a used car manager to know what an MPLS is?

1:06cv34

What is the nationality & Religion of MR Rohrman

Connie Lou Seymour