IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TRENT L. CHAPIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-034 |
| ) | |
| MID-STATES MOTORS, INC. and ) | |
| FORT-ROHR MOTORS, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S MOTION FOR REMITTITUR

Defendant, Fort-Rohr Motors, Inc. d/b/a Fort Wayne Toyota-Lexus ("Toyota"), by counsel, pursuant to Rule 59a of the Federal Rules of Civil Procedure, respectfully requests that the Court enter an Order remitting the amount of Plaintiff, Trent L. Chapin's compensatory damages and punitive damages to the statutory maximum of $100,000.00, pursuant to 42 U.S.C. § 1981a(b)(3)(B) as Toyota had more than 100 employees and fewer than 200 employees. In addition, Toyota seeks further remittitur of the compensatory damage award because damages of $100,000.00 for pain and suffering and emotional distress is excessive in light of the evidence introduced at trial.

WHEREFORE, defendant, Fort-Rohr Motors, Inc. d/b/a Fort Wayne Toyota-Lexus respectfully requests that the court remit the damage award in this case to a total of $100,000.00. In addition, defendant respectfully requests that the compensatory damage award be further reduced as it is excessive in light of the evidence presented at trial, and for all other just and proper relief in the premises.

Respectfully submitted,

CARSON BOXBERGER LLP

By  s/James P. Buchholz
    James P. Buchholz/#17023-02

By  s/Diana C. Bauer
    Diana C. Bauer/#11906-64
Attorneys for Defendant

1400 One Summit Square
Fort Wayne, IN 46802
Telephone:  (260) 423-9411
F:\Rohrman 21,844\Chapin\Motion.Remittitur.doc
DCB/kr

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2007 a true and complete copy of the above and foregoing was electronically filed and/or mailed to:

Robert Owen Vegeler
Vegeler Law Office LLC
1200 National City Center
110 West Berry Street
Fort Wayne, Indiana  46802

   s/Diana C. Bauer

2