UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TRENT L. CHAPIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:06-CV-34-TS |
| ) | |
| FORT-ROHR MOTORS, INC., ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

Before the Court is Defendant's Motion for Enlargement of Time to Post Bond [DE 107], filed on April 9, 2009. The Defendant seeks to and including April 14, 2009, to post a bond or other security for the underlying judgment and attorney's fees and costs in this case.

On March 31, 2009, the Court awarded initial attorney's fees and costs in the amount of $82,402.40. (The Court has previously awarded the judgment amount to the Plaintiff.) The Court gave the Plaintiff to and including April 10, 2009, to provide supplemental information about some of the requested costs. The Plaintiff did not provide any additional information. Therefore, the judgment amount and attorney's fees and costs are now final.

The Court GRANTS the Defendant's Motion [DE 107]. The Defendant has to and including April 14, 2009, to post a bond or other security for the underlying judgment and attorney's fees and costs.

SO ORDERED on April 13, 2009.

                                                                     s/ Theresa L. Springmann
                                                                   THERESA L. SPRINGMANN
                                                                   UNITED STATES DISTRICT COURT